PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Isaac Davis                                    Cr.:07-00499-001
                                                                 PACTS #: 48781

Name of Sentencing Judicial Officer: THE HONORABLE SUSAN D. WIGENTON, U.S.D.J.

Date of Original Sentence: 11/26/07

Original Offense: Wire Fraud

Original Sentence: 12 months, 1 day Imprisonment, to be followed by 3 years of Supervised Release

Type of Supervision: Supervised Release              Date Supervision Commenced: 12/01/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On March 3, 2011, the offender was arrested and charged in Plainfield, New Jersey with Possession of Marijuana in a Quantity of 50 Grams of Less. |

U.S. Probation Officer Action:
At this time, we respectfully recommend that no Court action be taken until the charges are adjudicated. We will apprise the Court when the aforementioned occurs.

Respectfully submitted,

By: Edward J. Irwin for Leslie M. Vargas
U.S. Probation Officer
Date: 03/15/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

March 17, 2011
Date