PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: DAVIS, Issac          Cr.: 07-00499-001
                                        PACTS #: 48781

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 11/19/07

Original Offense: Wire Fraud

Original Sentence: 12 Months & 1 day; 36 Months Supervised Release (special conditions: Drug Treatment, No New Debt, Restitution)

Type of Supervision: Supervised Release         Date Supervision Commenced: 12/1/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy restitution obligation. |

U.S. Probation Officer Action:
The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office. The Clerk's office has been informed of expiration and requested to continue collecting payments.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 7/29/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

August 5, 2011
Date